# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLINGSON DRAINAGE, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES FISH & WILDLIFE SERVICE, et al.,**<br><br>**Defendants.** | Civil Action No.  25-541 (JDB) |

## ORDER

Upon consideration of [16] defendant's motion to dismiss and the entire record herein, for the reasons set forth in the memorandum opinion issued today, it is hereby **ORDERED** that defendant's motion is **GRANTED** and the case is accordingly **DISMISSED** without prejudice.

/s/
JOHN D. BATES
United States District Judge

Dated: October 15, 2025

1